# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN and SYLVIA STAUFFER, on behalf )
of herself and all others similarly situated, )
                                                     )
       Plaintiffs, )      Case No.  2:11-cv-01155-PMP-GWF
                                                     )
vs. )      **ORDER**
                                                     )
CHASE HOME FINANCE, LLC, *et al.*, )
       Defendants. )

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed July 13, 2011.  Defendants filed a Motion to Dismiss (#17) on November 16, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **January 19, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 9th day of January, 2012.

                                                          _____
                                                          GEORGE FOLEY, JR.
                                                          United States Magistrate Judge