UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN STAUFFER, et al., ) | |
| ) | |
| Plaintiffs, ) | 2:11-CV-01155-PMP-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CHASE HOME FINANCIAL LLC, et al., ) | |
| ) | |
| Defendants. ) | |

      On January 24, 2012, the Court conducted a hearing regarding Defendants' fully briefed Motions to Dismiss Plaintiffs' Complaint (Docs. #17 & #18). Based upon the arguments presented on the papers and at oral argument, the Court finds that Defendants' Motions to Dismiss should be granted with regard to Plaintiffs' Sixth Claim for Relief for breach of the Implied Covenant of Good Faith and Fair Dealing, but should be denied in all other respects.

      Additionally, the Court finds it premature to address at this stage the Motion of Defendants Federal Home Loan Mortgage Corporation and the Cooper Castle Law Firm (Doc. #17) to dismiss Plaintiffs' attempt to bring a class action, as the relief requested is premature.

/ / /

/ / /

1 **IT IS THEREFORE ORDERED that** the Motions of Defendants Federal Home Loan Mortgage Corporation and the Cooper Castle Law Firm (Doc. #17) and of Defendants JPMorgan Chase Bank, N.A. (Doc. #18) to Dismiss Plaintiffs' Complaint is **DENIED** except to the extent that Plaintiffs' Sixth Claim for Relief for breach of the Implied Covenant of Good Faith and Fair Dealing is **GRANTED**.

DATED: February 8, 2012.

_____
PHILIP M. PRO
United States District Judge