UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN and SYLVIA STAUFFER, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC, *et al.*,<br><br>　　　　　　Defendants. | Case No.  2:11-cv-01155-PMP-GWF<br><br>**ORDER** |

　　　　　This matter comes before the Court on Defendants Freddie Mac and The Copper Castle Law Firm's Ex-Parte Motion to Extend the Deadline for All Defendants to Answer Plaintiff's Complaint (#46), filed on March 6, 2012, and Defendants JP Morgan Chase Bank, N.A.'s Joinder to Defendant Copper Castle's Motion to Extend the Deadline for all Defendants to Answer Plaintiffs' Complaint (#47), filed on March 6, 2012.

　　　　　On January 24, 2012, the Court stayed this case pending decision on Defendants' Motions to Dismiss (#17, #18). On February 8, 2012, the Court denied Defendants' Motions to Dismiss (#17, #18). (*See* #45.)  Thereafter, on March 6, 2012, Aaron Waite, Esq. on behalf of Freddie Mac and The Copper Castle Law Firm filed an Ex-Parte Motion to Extend the Deadline for All Defendants to Answer the Complaint (#46), requesting an additional 30 days or until April 7, 2012 to file an answer.  Defendant JP Morgan Chase, as successor by merger to Defendants Chase Home Finance LLC and Chase Manhattan Corporation, filed a Joinder (#47) to Mr. Waite's Motion.  On March 7, 2012, a Substitution of Attorneys was filed indicating that Josh Cole Aiken, Esq. and Mark J. Brown, Esq. were substituting as counsel for the Copper Castle Law Firm.  Mr. Aicken and Mr. Brown also filed a Stipulation and Order for Extension of Time to Answer Complaint (#48),

stipulating to an extension until March 12, 2012 for Defendant Copper Castle Law Firm to answer the complaint. On March 7, 2012, the Court granted the Stipulation to Extend (#48). In this instant motion, Defendants represent that Plaintiffs do not oppose allowing an additional 30 days to respond to the complaint. The Court will therefore grant Defendants Freddie Mac, Chase Home Finance, LLC, and Chase Manhattan Mortgage Corp. until Friday, April 6, 2012 to file an answer to the Plaintiff's Complaint. Accordingly,

**IT IS HEREBY ORDERED** that Ex-Parte Motion to Extend the Deadline for All Defendants to Answer Plaintiff's Complaint (#46) is **granted**. Defendants Freddie Mac, Chase Home Finance, LLC, and Chase Manhattan Mortgage Corp. shall have until **Friday, April 6, 2012.** to file an answer to Plaintiff's complaint.

DATED this 7th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge