# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN and SYLVIA STAUFFER, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC, *et al.*,<br><br>  Defendants. | Case No.  2:11-cv-01155-PMP-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed July 13, 2011.  Defendant Cooper Castle Law Firm filed its Answer (#53) on March 12, 2012.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 14, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 2nd day of May, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge