Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
kfl@slwlaw.com
kw@slwlaw.com

Ben Suter, Esq. (*pro hac vice*)
David D. Piper, Esq. (*pro hac vice*)
James F. Kuhne, Jr., Esq. (*pro hac vice*)
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, CA 90802
P.O. Box 1730
Long Beach, CA 90801-1730
Phone: (562) 436-2000
Fax:: (562) 436-7416
ben.suter@kyl.com
david.piper@kyl.com
james.kuhne@kyl.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A., as successor
by merger to Chase Home Finance LLC, as
successor by merger to Chase Manhattan
Mortgage Corp. and Federal Home Loan Mortgage Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN and SYLVIA STAUFFER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC; CHASE MANHATTAN MORTGAGE CORP., COOPER CASTLE LAW FIRM; and FEDERAL HOME LOAN MORTGAGE CORP.,<br><br>Defendants. | CASE NO. 2:11-CV-01155-PMP-GWF<br><br>**PARTIES JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER TO STAY ALL LITIGATION AND DISCOVERY PROCEEDINGS FOR 45 DAYS PENDING SETTLEMENT NEGOTIATIONS** |

Defendants JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC, as successor by merger to Chase Manhattan Mortgage Corp. ("Chase"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), and The Cooper Castle Law Firm ("Cooper Castle") (collectively, "Defendants"), and Plaintiffs Steven Stauffer and Sylvia Stauffer ("Plaintiffs") (Defendants and Plaintiffs collectively referred to as "the Parties"), hereby submit this Joint Status Report to provide the Court with an update regarding the status of these proceedings and, in particular, the Parties' efforts toward achieving a settlement of the claims at issue therein. Further, in light of the ongoing good faith settlement discussions, the Parties hereby stipulate to and respectfully request that this Court grant a forty-five (45) day stay of all litigation and discovery proceedings herein so that the Parties may continue to focus their efforts on achieving a resolution of this matter outside of litigation. As grounds for this stipulated stay of proceedings, the Parties submit the following:

1. This Court entered its Scheduling Order on May 15, 2012 (the "Order"), setting a discovery cut-off deadline of December 31, 2012.

2. Since that time, the Parties have each served their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and Plaintiffs have propounded interrogatories and requests for production of documents upon each of the Defendants.

3. The Parties have and continue to work in good faith to make reasonable accommodations to their respective obligations under the Order. However, the Parties are currently engaged in good faith settlement negotiations which may result in dismissal of all claims asserted herein. Accordingly, on October 16, 2012, the Parties met and conferred regarding the timing of their respective obligations under the Order and agreed to extend the deadlines to respond to their written discovery requests and seek a forty-five (45) day stay of all pre-trial dates and deadlines while settlement discussions continue.

4. In light of the ongoing settlement negotiations, the Parties believe that good cause exists to grant a forty-five (45) day stay of all proceedings herein. This request is not made for the purposes of delay. Instead, the Parties agree and acknowledge that a temporary stay of all proceedings herein will serve the interests of judicial economy and may allow the Parties to

resolve this lawsuit without incurring unnecessary additional fees and costs. *See, e.g., Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) (temporary stay of proceedings applicable to preserve judicial efficiency and fairness).

     5.    Accordingly, the Parties respectfully request that this Court grant the Parties a stay of litigation and discovery proceedings in this action for forty-five (45) days from the date the Court enters its order approving this stipulation.

DATED this 29 day of October, 2012.      DATED this ___ day of October, 2012.

SMITH LARSEN & WIXOM

/s/ _____
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
and
Ben Suter, Esq. (*pro hac vice*)
David D. Piper, Esq. (*pro hac vice*)
James F. Kuhne, Jr., Esq. (*pro hac vice*)
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, California 90801-1730
Attorneys for Defendants
JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC, as successor by merger to Chase Manhattan Mortgage Corp., and Federal National Mortgage Corporation

  See attached _____
Benjamin B. Childs, Esq.
Nevada Bar No. 3946
318 S. Maryland Pkwy.
Las Vegas, NV  89101
and
Paul Grobman, Esq. (*pro hac vice*)
555 5th Ave., 17th Floor
New York, NY 10017
Attorneys for Plaintiffs

DATED this _____ day of October, 2012

LEWIS BRISBOIS BISGAARD & SMITH LLP

  See attached _____
Josh Cole Aiklen, Esq.
Nevada Bar No. 7254
Mark J. Brown, Esq.
Nevada Bar No. 3687
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV  89118
Attorneys for Defendant
The Cooper Castle Law Firm

1  proceedings herein will serve the interests of judicial economy and may allow the Parties to
2  resolve this lawsuit without incurring unnecessary additional fees and costs. *See, e.g.,*
3  *Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983)
4  (temporary stay of proceedings applicable to preserve judicial efficiency and fairness).
5        5.    Accordingly, the Parties respectfully request that this Court grant the Parties a stay
6  of litigation and discovery proceedings in this action for forty-five (45) days from the date the
7  Court enters its order approving this stipulation.

DATED this _____ day of October, 2012.         DATED this _____ day of October, 2012.

SMITH LARSEN & WIXOM

_____                 _____
Kent F. Larsen, Esq.                            Benjamin B. Childs, Esq.
Nevada Bar No. 3463                             Nevada Bar No. 3946
Katie M. Weber, Esq.                            318 S. Maryland Pkwy.
Nevada Bar No. 11736                            Las Vegas, NV 89101
1935 Village Center Circle                      and
Las Vegas, Nevada 89134                         Paul Grobman, Esq. (*pro hac vice*)
and                                             555 5th Ave., 17th Floor
Ben Suter, Esq. (*pro hac vice*)                New York, NY 10017
David D. Piper, Esq. (*pro hac vice*)           Attorneys for Plaintiffs
James F. Kuhne, Jr., Esq. (*pro hac vice*)
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, California 90801-1730
Attorneys for Defendants
JPMorgan Chase Bank, N.A., as successor
by merger to Chase Home Finance LLC, as
successor by merger to Chase Manhattan
Mortgage Corp., and Federal National
Mortgage Corporation

DATED this **26** day of October, 2012.

LEWIS BRISBOIS BISGAARD & SMITH
LLP

_____
Josh Cole Aiklen, Esq.
Nevada Bar No. 7254
Mark J. Brown, Esq.
Nevada Bar No. 3687
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Attorneys for Defendant
The Cooper Castle Law Firm

3

proceedings herein will serve the interests of judicial economy and may allow the Parties to resolve this lawsuit without incurring unnecessary additional fees and costs. *See, e.g., Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) (temporary stay of proceedings applicable to preserve judicial efficiency and fairness).

5. Accordingly, the Parties respectfully request that this Court grant the Parties a stay of litigation and discovery proceedings in this action for forty-five (45) days from the date the Court enters its order approving this stipulation.

DATED this _____ day of October, 2012.　　　DATED this 26 day of October, 2012.

SMITH LARSEN & WIXOM

*/s/ Benjamin B. Childs*

_____　　　　　　_____
Kent F. Larsen, Esq.　　　　　　　　　　　Benjamin B. Childs, Esq.
Nevada Bar No. 3463　　　　　　　　　　　Nevada Bar No. 3946
Katie M. Weber, Esq.　　　　　　　　　　　318 S. Maryland Pkwy.
Nevada Bar No. 11736　　　　　　　　　　Las Vegas, NV 89101
1935 Village Center Circle　　　　　　　　and
Las Vegas, Nevada 89134　　　　　　　　　Paul Grobman, Esq. (*pro hac vice*)
and　　　　　　　　　　　　　　　　　　555 5th Ave., 17th Floor
Ben Suter, Esq. (*pro hac vice*)　　　　　　New York, NY 10017
David D. Piper, Esq. (*pro hac vice*)　　　　Attorneys for Plaintiffs
James F. Kuhne, Jr., Esq. (*pro hac vice*)
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, California 90801-1730
Attorneys for Defendants
JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC, as successor by merger to Chase Manhattan Mortgage Corp., and Federal National Mortgage Corporation

DATED this _____ day of October, 2012.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Josh Cole Aiklen, Esq.
Nevada Bar No. 7254
Mark J. Brown, Esq.
Nevada Bar No. 3687
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Attorneys for Defendant
The Cooper Castle Law Firm

3

IT IS SO ORDERED:

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE
DATED: _October 29, 2012._ _____