UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| STEVEN STAUFFER, et al., | ) | |
| Plaintiffs, | ) | 2:11-cv-01155-PMP-CWH |
| v. | ) | |
| CHASE HOME FINANCE, LLC, et al., | ) | |
| Defendants. | ) | ORDER |

On October 29, 2012, this Court stayed these proceedings for forty-five days pending settlement negotiations (Doc. #64). Nothing has been filed since that date.

IT IS THEREFORE ORDERED that the parties shall have to and including March 17, 2013, within which to file a status report and show cause in writing why this action should not be closed.

DATED: February 25, 2013

_____
PHILIP M. PRO
United States District Judge