# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN and SYLVIA STAUFFER, on behalf of herself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC, *et al.*,<br><br>                    Defendants. | Case No.  2:11-cv-01155-PMP-GWF<br><br>**ORDER** |

This matter is before the Court on the Stipulation to stay all litigation and discovery proceedings for 45 days pending settlement negotiations (#67) granted on March 18, 2013 (#68). The parties advised the Court that a stay of all proceedings and deadlines for a period of 45 days would further settlement negotiations.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report  by **May 20, 2013** advising the Court of the status of the settlement.

DATED this 8th day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge