1

2

3

4

5          **UNITED STATES DISTRICT COURT**

6          **DISTRICT OF NEVADA**

7

8  STEVEN and SYLVIA STAUFFER, on behalf of   )
   herself and all others similarly situated,      )
9                                                   )
                                                    )
10                     Plaintiffs,                  )   Case No.  2:11-cv-01155-PMP-GWF
                                                    )
11  vs.                                             )   **ORDER**
                                                    )
12  CHASE HOME FINANCE, LLC, *et al.*,             )
                                                    )
13                     Defendants.                  )
    _____)

14          This matter is before the Court on the 2nd Notice of Violation of Special Order 109 (#70)

15  on May 10, 2013, addressed to Plaintiff's counsel Paul Grobman.  Section 1.B. of the Courts'

16  Electronic Filing Procedures (enacted pursuant to Special Order 109) states, in part, "Attorneys

17  who are admitted to the bar of this court, admitted to participate in a case pro hac vice, or who are

18  authorized to represent the United States and its agencies, shall register as Filing Users of the

19  System".  To date, Mr. Grobman has not complied.  Accordingly,

20          **IT IS ORDERED** that Mr. Grobman shall register with CM/ECF and a "Notice of

21  Compliance with Special Order 109" shall be completed and filed no later than five (5) days from

22  the date of this Order.  Failure to comply may result in the issuance of an order to show cause why

23  sanctions should not be imposed.

24          DATED this 13th day of May, 2013.

25

26          _____
            GEORGE FOLEY, JR.
            United States Magistrate Judge
27

28