# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN and SYLVIA STAUFFER, on behalf of herself and all others similarly situated,

          Plaintiffs,

vs.

CHASE HOME FINANCE, LLC, *et al.*,

          Defendants.

Case No. 2:11-cv-01155-PMP-GWF

**ORDER**

This matter is before the Court on the 2nd Notice of Violation of Special Order 109 (#70) on May 10, 2013, addressed to Plaintiff's counsel Paul Grobman. Section 1.B. of the Courts' Electronic Filing Procedures (enacted pursuant to Special Order 109) states, in part, "Attorneys who are admitted to the bar of this court, admitted to participate in a case pro hac vice, or who are authorized to represent the United States and its agencies, shall register as Filing Users of the System". To date, Mr. Grobman has not complied. Accordingly,

**IT IS ORDERED** that Mr. Grobman shall register with CM/ECF and a "Notice of Compliance with Special Order 109" shall be completed and filed no later than five (5) days from the date of this Order. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 13th day of May, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge