# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN and SYLVIA STAUFFER, on behalf of herself and all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC, *et al.*,<br><br>          Defendants. | Case No. 2:11-cv-01155-PMP-GWF<br><br>**ORDER** |

      This matter is before the Court on the parties' failure to file a status report. On May 8, 2013, the Court ordered that the parties to file a status report by May 20, 2013 regarding settlement negotiations (Order #69). To date, the parties have failed to comply. Accordingly,

      **IT IS ORDERED** that the parties shall file a status report advising the Court of the status of the settlement no later than **June 10, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      DATED this 30th day of May, 2013.

                                              _____<br>
                                              GEORGE FOLEY, JR.<br>
                                              UNITED STATES MAGISTRATE JUDGE