UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN and SYLVIA STAUFFER, on behalf of herself and all others similarly situated, | |
| Plaintiffs, | Case No. 2:11-cv-01155-PMP-GWF |
| vs. | **ORDER** |
| CHASE HOME FINANCE, LLC, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a status report. On May 8, 2013, the Court ordered that the parties to file a status report by May 20, 2013 regarding settlement negotiations (Order #69). To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file a status report advising the Court of the status of the settlement no later than **June 10, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 30th day of May, 2013.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE